# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **KENNETH E. MARTINEZ** | **CIVIL ACTION NO. 15-2798** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF WEST MONROE, ET AL.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 23] having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss under Federal Rule 12(b) [Doc. No. 10] filed by Defendants City of West Monroe and Chief Jeff Terrell is GRANTED, and Plaintiff's lawsuit is hereby DISMISSED WITHOUT PREJUDICE, in its entirety, for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

MONROE, LOUISIANA, this 26TH day of September, 2016.

_____

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**